UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 03283-LTS<br><br>(Jointly Administered) |
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES,<br><br>              Plaintiff,<br><br>    v.<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>              Defendants. | Adv. Proc. No. 25-00004-LTS |

**JOINT STIPULATION AND AGREED ORDER SETTING BRIEFING SCHEDULE AND HEARING**

This stipulation and agreed order (this "Stipulation") is made on this 20th day of November, 2025, by and among Plaintiff American Federation of State, County and Municipal Employees ("AFSCME") and Defendants the Commonwealth of Puerto Rico (the "Commonwealth"), the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (v) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations). On October 30, 2024, the Title III case for the Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) was closed.

Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), the Hon. Angel Pantoja-Rodríguez, in his official capacity as Secretary of the Puerto Rico Department of Treasury (the "Secretary of Treasury"), and AlixPartners, LLP (the "Calculation Agent" and, collectively with the Commonwealth, the Oversight Board, and the Secretary of Treasury, "Defendants"). Pursuant to this Stipulation, AFSCME and Defendants hereby stipulate and agree, subject to the terms set forth herein and approval by the Court, to (a) a briefing schedule on AFSCME's *Motion for Leave to File an Amended or Supplemental Complaint Pursuant to Fed. R. Civ. P. 15(a) or 15(d)* (the "Motion to Amend or Supplement"), and (b) set this Adversary Proceeding for a hearing at the Omnibus Hearing scheduled for 9:30 a.m. (Atlantic Standard Time) on the 4th day of February 2026:

## RECITALS

WHEREAS, on January 28, 2025, AFSCME commenced this adversary proceeding against, *inter alia*, Defendants by filing an Adversary Complaint (Dkt. No. 1).

WHEREAS, on April 15, 2025, Defendants timely filed motions to dismiss the Adversary Complaint under Federal Rule of Civil Procedure 12(b)(6) (Dkt. Nos. 24-28) (the "Motions to Dismiss").

WHEREAS, on May 6, 2025, AFSCME filed its omnibus opposition to the Motions to Dismiss (Dkt. No. 42).

WHEREAS, on May 20, 2025, Defendants filed replies in further support of the Motions to Dismiss (Dkt. Nos. 44-46).

WHEREAS, the Motions to Dismiss are fully briefed and pending decision from the Court.

WHEREAS, AFSCME intends to file the Motion to Amend or Supplement, which Defendants intend to oppose.

2

WHEREAS, subject to the Court's approval, AFSCME and Defendants have conferred and agreed on (a) a briefing schedule for the Motion to Amend or Supplement; and (b) setting this Adversary Proceeding for a hearing at the Omnibus Hearing scheduled for 9:30 a.m. (Atlantic Standard Time) on the 4th day of February 2026 (the "February 2026 Omnibus Hearing").

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED THAT (A) THE FOLLOWING SCHEDULE SHALL GOVERN BRIEFING ON THE MOTION TO AMEND OR SUPPLEMENT; AND (B) THIS ADVERSARY PROCEEDING SHALL BE SET FOR HEARING AT THE FEBRUARY 2026 OMNIBUS HEARING ON THE TERMS SET FORTH BELOW:

1. The Recitals are incorporated herein by reference.

2. AFSCME shall file the Motion to Amend or Supplement on or before **November 25, 2025**.

3. Any oppositions to the Motion to Amend or Supplement shall be filed on or before **January 9, 2026**.

4. Any replies to the Motion to Amend or Supplement shall be filed on or before **January 30, 2026**.

5. This Adversary Proceeding shall be set for hearing at the February 2026 Omnibus Hearing for purposes of oral argument on the Motion to Amend or Supplement and/or for a status conference.

6. The Court shall retain jurisdiction to resolve any disputes, controversies, or ambiguities arising from this Stipulation.

[*Remainder of page left blank intentionally*]

3

AGREED AS TO FORM AND SUBSTANCE:

BELLVER ESPINOSA LAW FIRM

/s/ *Alejandro Bellver Espinosa*

Alejandro Bellver Espinosa
Cond. San Martín 1605 Av. Ponce de
León, Suite #300
San Juan, Puerto Rico 00918
Tel.: (787) 946-5268
alejandro@bellverlaw.com

AMERICAN FEDERATION OF
   STATE, COUNTY AND
   MUNICIPAL EMPLOYEES

HOGAN LOVELLS US LLP

/s/ *Michael L. Artz*

Michael L. Artz*
1101 17th Street NW, Suite 900
Washington, DC 20011
Tel.: (202) 775-5900
martz@afscme.org

/s/ *Patrick N. Petrocelli*

Claude G. Szyfer*
Patrick N. Petrocelli*
390 Madison Avenue
New York, NY 10017
Tel.: (212) 918-3000
claude.szyfer@hoganlovells.com
patrick.petrocelli@hoganlovells.com

*Co-Counsel for Plaintiff American Federation of
State, County and Municipal Employees*

* Admitted *pro hac vice*

4

*/s/ Michael T. Mervis*

Michael T. Mervis (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3565
Fax: (212) 969-2900
Email: mmervis@proskauer.com

Shawn S. Ledingham, Jr. (*pro hac vice*)
Kimberly Channick (*pro hac vice*)
**PROSKAUER ROSE LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 557-2900
Tel: (310) 557-2193
Email: sledingham@proskauer.com
          kchannick@proskauer.com

Paul V. Possinger (*pro hac vice*)
**PROSKAUER ROSE LLP**
70 West Madison, Suite 3800
Chicago, Illinois 60602
Tel: (312) 962-3550
Tel: (312) 962-3551
Email: ppossinger@proskauer.com

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as
representative of the Commonwealth of Puerto Rico*

5

ADSUAR

*/s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa, Esq.
USDC-PR No. 206314
epo@amgprlaw.com

*/s/ Luis A. Oliver-Fraticelli*
Luis A. Oliver-Fraticelli, Esq.
USDC-PR No. 209204
loliver@amgprlaw.com

PO Box 70294
San Juan, Puerto Rico 00936-8294
Telephone: (787) 281-1813

**WOLLMUTH MAHER & DEUTSCH LLP**

Paul R. DeFilippo, Esq. (admitted *pro hac vice*)
Lyndon M. Tretter, Esq. (admitted *pro hac vice*)
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
Nicholas A. Servider, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, NY 10110
Phone: 212-382-3300
pdefilippo@wmd-law.com
ltretter@wmd-law.com
jpacelli@wmd-law.com
nservider@wmd-law.com

*Counsel to Defendant AlixPartners, LLP*

6

**LOURDES L. GÓMEZ TORRES**
Secretary of Justice

**TANIA L. FERNÁNDEZ MEDERO**
Deputy Secretary of Civil Litigation

*s/Susana I. Penagaricano-Brown*
**SUSANA I. PEÑAGARÍCANO BROWN**
Director of Federal Litigation and
Bankruptcy Division
USDC No. 219907

*Counsel to Hon. Angel Pantoja-Rodríguez, in his official capacity as Secretary of the Puerto Rico Department of Treasury*

*S/ Josue Torres Crespo*
**JOSUÉ TORRES-CRESPO**
USDC No. 229805
Email:jntorres@*justicia.pr.gov*
Tel. (787) 721-2900, ext. 1419

**DEPARTMENT OF JUSTICE
OF PUERTO RICO**
Federal Litigation and Bankruptcy Division
PO Box 9020192
San Juan Puerto Rico, 00902-0192

SO ORDERED:


Dated: November 21, 2025

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE